# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2023

### NO. 03-21-00606-CV

**Robert Penta, Appellant**

**v.**

**Easy Street Capital, LLC, Appellee**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICES BYRNE, JUSTICES TRIANA AND SMITH**
**MODIFIED AND, AS MODIFIED, AFFIRMED –**
**OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment signed by the trial court on October 1, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the judgment by reducing the $47,641.68 in interest found by the trial court to $39,957.62. The Court further modifies the judgment by reducing the damage award to $107,271.36. The Court affirms the judgment as modified. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.